UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


UNITED STATES OF AMERICA            )
                                    )
v.                                  )            No. 1: 04-cr-070
                                    )            *Edgar*
GARY ROBERGE                        )


## MEMORANDUM AND ORDER


This case came before the Court on April 26, 2005, pursuant to 18 U.S.C. § 4241(a) and 18 U.S.C. § 4247(d) for a hearing on defendant's mental competency. Defendant, through counsel, stated that he did not disagree with the conclusion reached by the Bureau of Prisons in its Forensic Evaluation Report dated March 1, 2005 [Doc. No. 29]. This report concludes that the defendant is not suffering from a mental disease or defect, and is capable of understanding the nature and consequences of the proceedings against him, and of assisting properly in his defense. Hence, this Court likewise concludes that defendant is competent to proceed in this case. The case will proceed to disposition in accordance with the scheduling order previously entered on April 19, 2005 [Doc. No. 35].

SO ORDERED.

ENTER this *2nd day of May, 2005*.


                        _____
                              */s/ R. Allan Edgar*
                              R. ALLAN EDGAR
                        CHIEF UNITED STATES DISTRICT JUDGE