UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:04-CR-70 |
| | ) | *Edgar* |
| GARY ROBERGE | ) | |

**MEMORANDUM AND ORDER**

Currently pending before the Court are: (1) the motion of defendant Gary Roberge ("Roberge") for a list of the expert witnesses that the government intends to call in its case-in-chief [Doc. No. 51]; and (2) Roberge's motion to be allowed to test the two liquid samples that were seized on April 13, 2004 [Doc. No. 52]. Roberge asserts that the report of the testing of the two liquid samples by the Tennessee Bureau of Investigation do not meet the standard of *United States v. Jennings*, 945 F.2d 129, 136 (6th Cir. 1991).

In light of the approaching July 24, 2005 trial date, it is **ORDERED** that the government shall file a response to Roberge's motion for a list of the government's expert witnesses [Doc. No. 51] and for Roberge's motion to be allowed to test the two liquid samples which were seized on April 13, 2004 [Doc. No. 51], as soon as is reasonably practicable, but in any event no later than **Thursday, July 9, 2005**.

ENTER this *29th day of June, 2005*.

                                                        */s/ R. Allan Edgar*
                                                        R. ALLAN EDGAR
                                        CHIEF UNITED STATES DISTRICT JUDGE